No. 02–1433. HARRIS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–1678. SMALL ET AL. v. NONNETTE. C. A. 9th Cir. Certiorari denied.

No. 02–1802. NICHOLS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–373. HELLER v. ALEJO. C. A. 7th Cir. Certiorari denied.

No. 03–551. YOUNG v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–624. AZDELL ET AL. v. JAMES, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–740. ASHCROFT, ATTORNEY GENERAL, ET AL. v. SENECA-CAYUGA TRIBE OF OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–761. RANCHO VIEJO, LLC v. NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–768. HSIEN PENG v. MEI CHIN PENG HU ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–770. CAREY, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CAREY v. KNOX COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–772. AMERICAN GENERAL FINANCE, INC., ET AL. v. ASHBY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ASHBY. Sup. Ct. Ala. Certiorari denied.

No. 03–775. HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.